**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Carlos A. Palacios<br>　　　　Debtor | BK. NO. 16-24275 GLT |
| PNC Bank, National Association, its successors and/or assigns<br>　　　　Movant<br>v.<br>Carlos A. Palacios<br>　　　　Respondent<br>and<br>Mercedes Alfonso<br>　　　　Additional Respondent<br>and<br>Ronda J. Winnecour, Trustee<br>　　　　Additional Respondent | CHAPTER 13<br><br>Related Dkt. No. 27 |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

　　This __21st__ day of __April__, 2017, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

　　**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Sections 362 and 1301, with respect to premises, 96 Woodwind Court, East Stroudsburg, PA 18301.

　　Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a certificate of Service.

Prepared by: __James Warmbrodt, Esq.__

**DEFAULT ENTRY**

Dated: March 21, 2017

Gregory L. Taddonio    hct
United States Bankruptcy Judge

cm: James Warmbrodt, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Carlos A. Palacios
    Debtor

Case No. 16-24275-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Mar 21, 2017
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.
db           +Carlos A. Palacios,    1649 Parkline Drive,    Pittsburgh, PA 15227-1607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall and the Baldwin-Whitehall School
          District jhunt@grblaw.com,    cnoroski@grblaw.com
         Matthew M. Brennan    on behalf of Debtor Carlos A. Palacios attorneymatthewbrennan@gmail.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Thomas I. Puleo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@goldbecklaw.com,
          BKGroup@goldbecklaw.com
                                                                                       TOTAL: 7