**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CARLOS A. PALACIOS

Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
Movant
vs.
No Respondents.

Case No.:16-24275

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 26, 2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/16/2016 and confirmed on 12/28/16 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 51,065.63 |
| Less Refunds to Debtor | 1,844.74 | |
| TOTAL AMOUNT OF PLAN FUND | | 49,220.89 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,500.00 | |
| Trustee Fee | 2,342.50 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,842.50 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| PNC MORTGAGE<br>Acct: 2300 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK<br>Acct: 9010 | 0.00 | 0.00 | 0.00 | 0.00 |
| * * * N O N E * * * | | | | |
| **Priority** | | | | |
| MATTHEW M BRENNAN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CARLOS A. PALACIOS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CARLOS A. PALACIOS<br>Acct: | 386.77 | 386.77 | 0.00 | 0.00 |
| CARLOS A. PALACIOS<br>Acct: | 1,457.97 | 1,457.97 | 0.00 | 0.00 |
| MATTHEW M BRENNAN ESQ<br>Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| DOMESTIC RELATIONS OBLIGATION<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BALDWIN-WHITEHALL SD & WHITEHALL I<br>Acct: 9640 | 2,307.80 | 2,307.80 | 0.00 | 2,307.80 |
| | | | | 2,307.80 |
| **Unsecured** | | | | |
| AMERICAN EXPRESS CENTURION BNK<br>Acct: 1002 | 1,553.42 | 1,463.71 | 0.00 | 1,463.71 |
| PORTFOLIO RECOVERY ASSOCIATES, LL<br>Acct: 5905 | 10,763.27 | 10,141.66 | 0.00 | 10,141.66 |
| JPMORGAN CHASE BANK NA<br>Acct: 4911 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA<br>Acct: 4816 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 6386 | 9,650.82 | 9,093.46 | 0.00 | 9,093.46 |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 4,411.55 | 4,156.77 | 0.00 | 4,156.77 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 4560 | | | | |
| | DISCOVER BANK(*) | 12,589.25 | 11,862.18 | 0.00 | 11,862.18 |
| | Acct: 0562 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0577 | | | | |
| | MIDLAND FUNDING LLC | 2,589.45 | 2,439.90 | 0.00 | 2,439.90 |
| | Acct: 1527 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 644.27 | 607.06 | 0.00 | 607.06 |
| | Acct: 8747 | | | | |
| | MIDLAND FUNDING LLC | 1,385.89 | 1,305.85 | 0.00 | 1,305.85 |
| | Acct: 7297 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MERCEDES ALFONSO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 41,070.59 |

TOTAL PAID TO CREDITORS 43,378.39

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,307.80 |
| SECURED | 0.00 |
| UNSECURED | 43,587.92 |

Date: 01/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
CARLOS A. PALACIOS

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:16-24275

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _______________day of __________________, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

______________________________
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-24275-GLT

Carlos A. Palacios Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3

Date Rcvd: Jan 28, 2022 Form ID: pdf900 Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos A. Palacios, 1649 Parkline Drive, Pittsburgh, PA 15227-1607 |
| 14323174 | + | Mercedes Alfonso, 5209 Ponderosa Lane, East Stroudsburg, PA 18302-9009 |
| 14323176 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 14323175 | | Pnc Bank, 249 5th Sve Ste 30, Pittsburgh, PA 15222 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 28 2022 23:32:00 | Borough of Whitehall and the Baldwin-Whitehall Sch, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14350991 | | Email/PDF: bncnotices@becket-lee.com | Jan 28 2022 23:40:29 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14323167 | + | Email/PDF: bncnotices@becket-lee.com | Jan 28 2022 23:40:26 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14323168 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 28 2022 23:33:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14358944 | + | Email/Text: ebnjts@grblaw.com | Jan 28 2022 23:32:00 | Borough of Whitehall and the Baldwin-Whitehall Sch, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14370052 | + | Email/Text: bankruptcy@cavps.com | Jan 28 2022 23:33:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14323171 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2022 23:40:27 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 14323172 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2022 23:40:27 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14326469 | | Email/Text: mrdiscen@discover.com | Jan 28 2022 23:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14323173 | + | Email/Text: mrdiscen@discover.com | Jan 28 2022 23:32:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14323169 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 28 2022 23:40:25 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14323170 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 28 2022 23:40:25 | Chase Crad Services, Po Box 15298, Wilmington, DE 19050 |
| 14367724 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2022 23:40:22 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC |

| | | | | |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 14363794 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2022 23:33:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14323177 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 28 2022 23:32:00 | Pnc Mortgage, 3232 Nemark Dr, Miamisburg, OH 45342 |
| 14385210 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2022 23:40:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14323178 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2022 23:40:29 | Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 14323179 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2022 23:40:26 | Synchrony Bank/Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14323180 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2022 23:40:26 | Synchrony Bank/Walmart, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2022 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall and the Baldwin-Whitehall School District jhunt@grblaw.com |
| Matthew M. Brennan | on behalf of Debtor Carlos A. Palacios attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |

| | |
|---|---|
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas I. Puleo | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com |

TOTAL: 7