**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/16/22 12:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
 CARLOS A. PALACIOS

Case No. 16-24275GLT

Debtor(s)
Ronda J. Winnecour, Trustee
 Movant
  vs.
 CARLOS A. PALACIOS

Chapter 13

Document No. __51__

Respondents

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __16th__ day of __February__, 20__22__, it is hereby ORDERED, ADJUDGED, and DECREED that

Pnc Bank
Attn: Payroll Manager
Two Pnc Plaza
620 Liberty Ave
Pittsburgh, PA 15222

is hereby ordered to immediately terminate the attachment of the wages of CARLOS A. PALACIOS, social security number XXX-XX-9640. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CARLOS A. PALACIOS

Dated: 2/16/22

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24275-GLT |
| Carlos A. Palacios | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: auto          Page 1 of 2
Date Rcvd: Feb 16, 2022          Form ID: pdf900          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos A. Palacios, 1649 Parkline Drive, Pittsburgh, PA 15227-1607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall and the Baldwin-Whitehall School District jhunt@grblaw.com |
| Matthew M. Brennan | on behalf of Debtor Carlos A. Palacios attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Feb 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

cmecf@chapter13trusteewdpa.com

Thomas I. Puleo

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com

TOTAL: 7