| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Carlos A. Palacios** | Social Security number or ITIN   xxx–xx–9640 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   16–24275–GLT | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Carlos A. Palacios

3/15/22

**By the court:** <u>Gregory L. Taddonio</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                            Case No. 16-24275-GLT

Carlos A. Palacios                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                          Page 1 of 3
Date Rcvd: Mar 15, 2022                          Form ID: 3180W                                    Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos A. Palacios, 1649 Parkline Drive, Pittsburgh, PA 15227-1607 |
| 14323174 | + | Mercedes Alfonso, 5209 Ponderosa Lane, East Stroudsburg, PA 18302-9009 |
| 14323176 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 14323175 | | Pnc Bank, 249 5th Sve Ste 30, Pittsburgh, PA 15222 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 16 2022 03:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2022 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 16 2022 03:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2022 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 15 2022 23:48:00 | Borough of Whitehall and the Baldwin-Whitehall Sch, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14350991 | | Email/PDF: bncnotices@becket-lee.com | Mar 15 2022 23:52:20 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14323167 | + | Email/PDF: bncnotices@becket-lee.com | Mar 15 2022 23:52:26 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14323168 | + | EDI: TSYS2 | Mar 16 2022 03:48:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14358944 | + | Email/Text: ebnjts@grblaw.com | Mar 15 2022 23:48:00 | Borough of Whitehall and the Baldwin-Whitehall Sch, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14370052 | + | Email/Text: bankruptcy@cavps.com | Mar 15 2022 23:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14323171 | + | EDI: CITICORP.COM | Mar 16 2022 03:48:00 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 14323172 | + | EDI: CITICORP.COM | Mar 16 2022 03:48:00 | Citibank/The Home Depot, Citicorp Credit |

District/off: 0315-2                                    User: auto                                    Page 2 of 3
Date Rcvd: Mar 15, 2022                            Form ID: 3180W                            Total Noticed: 25

| | | | |
|---|---|---|---|
| | | | Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14326469 | EDI: DISCOVER.COM | Mar 16 2022 03:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14323173 | + EDI: DISCOVER.COM | Mar 16 2022 03:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14323169 | EDI: JPMORGANCHASE | Mar 16 2022 03:48:00 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14323170 | EDI: JPMORGANCHASE | Mar 16 2022 03:48:00 | Chase Crad Services, Po Box 15298, Wilmington, DE 19050 |
| 14367724 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2022 23:52:27 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14363794 | + EDI: MID8.COM | Mar 16 2022 03:48:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14323177 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 15 2022 23:48:00 | Pnc Mortgage, 3232 Nemark Dr, Miamisburg, OH 45342 |
| 14385210 | EDI: PRA.COM | Mar 16 2022 03:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14323178 | + EDI: RMSC.COM | Mar 16 2022 03:48:00 | Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 14323179 | + EDI: RMSC.COM | Mar 16 2022 03:48:00 | Synchrony Bank/Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14323180 | + EDI: RMSC.COM | Mar 16 2022 03:48:00 | Synchrony Bank/Walmart, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2022                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed**

District/off: 0315-2                     User: auto                                    Page 3 of 3
Date Rcvd: Mar 15, 2022                  Form ID: 3180W                          Total Noticed: 25

**below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall and the Baldwin-Whitehall School District jhunt@grblaw.com |
| Matthew M. Brennan | on behalf of Debtor Carlos A. Palacios attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas I. Puleo | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com |

TOTAL: 7