**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   CARLOS A. PALACIOS

       Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:16-24275

Chapter 13

Related to Dkt. No. 47

FILED
3/15/22 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

  AND NOW, this 15th day of March 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

GREGORY L. TADDONIO    jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Carlos A. Palacios  
    Debtor

Case No. 16-24275-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Mar 15, 2022     Form ID: pdf900     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos A. Palacios, 1649 Parkline Drive, Pittsburgh, PA 15227-1607 |
| 14323174 | + | Mercedes Alfonso, 5209 Ponderosa Lane, East Stroudsburg, PA 18302-9009 |
| 14323176 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 14323175 | | Pnc Bank, 249 5th Sve Ste 30, Pittsburgh, PA 15222 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 15 2022 23:48:00 | Borough of Whitehall and the Baldwin-Whitehall Sch, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14350991 | | Email/PDF: bncnotices@becket-lee.com | Mar 15 2022 23:52:27 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14323167 | + | Email/PDF: bncnotices@becket-lee.com | Mar 15 2022 23:52:20 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14323168 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 15 2022 23:49:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14358944 | + | Email/Text: ebnjts@grblaw.com | Mar 15 2022 23:48:00 | Borough of Whitehall and the Baldwin-Whitehall Sch, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14370052 | + | Email/Text: bankruptcy@cavps.com | Mar 15 2022 23:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14323171 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2022 23:52:33 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 14323172 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2022 23:52:22 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14326469 | | Email/Text: mrdiscen@discover.com | Mar 15 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14323173 | + | Email/Text: mrdiscen@discover.com | Mar 15 2022 23:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14323169 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2022 23:52:25 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14323170 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2022 23:52:19 | Chase Crad Services, Po Box 15298, Wilmington, DE 19050 |
| 14367724 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2022 23:52:21 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC |

Case 16-24275-GLT    Doc 57    Filed 03/17/22    Entered 03/18/22 00:25:32    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2022 | Form ID: pdf900 | Total Noticed: 23 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 14363794 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 15 2022 23:49:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14323177 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 15 2022 23:48:00 | Pnc Mortgage, 3232 Nemark Dr, Miamisburg, OH 45342 |
| 14385210 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2022 23:52:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14323178 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2022 23:52:20 | Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 14323179 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2022 23:52:25 | Synchrony Bank/Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14323180 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2022 23:52:25 | Synchrony Bank/Walmart, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2022        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall and the Baldwin-Whitehall School District jhunt@grblaw.com |
| Matthew M. Brennan | on behalf of Debtor Carlos A. Palacios attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Mar 15, 2022 | Form ID: pdf900 | Total Noticed: 23

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas I. Puleo
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com

TOTAL: 7